IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

-----------------------------------------------------X

BYRON BREEZE, JR.,

       Plaintiff,

v.                                                                                  Civil Action No. 1:22-cv-924-CRC

ACROSS THE POND LLC,
d/b/a Across the Pond

and

THE DUVAR FAMILY TRUST,

       Defendants.

-----------------------------------------------------X

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, BYRON BREEZE, JR. by and through undersigned counsel, hereby files this Stipulation of Dismissal with Prejudice as to Defendants ACROSS THE POND LLC, d/b/a Across the Pond, and THE DUVAR FAMILY TRUST, and through their undersigned respective counsel, that the above-entitled action be, and the same hereby is, dismissed with prejudice, with each party to bear its own attorneys' fees and costs, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated: August1, 2022

94466v2

| | |
|---|---|
| **BASHIAN & PAPANTONIOU, P.C.** | **THE VERITAS LAW FIRM** |
| By: *Erik Bashian* | By: *Scott Rome* |
| Erik M. Bashian, Esq. | Scott H. Rome, Esq. |
| 500 Old Country Road, Ste. 302 | 1225 Nineteenth Street, NW, Suite 320 |
| Garden City, NY 11530 | Washington, DC 20036 |
| Tel. 516. 279.1554 | Tel. 202.686.7600 |
| eb@bashpaplaw.com | srome@theveritaslawfirm.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant Across the Pond LLC* |

**FRIEDLANDER & FRIEDLANDER P.C.**

By: _____
Mark P. Friedlander II
1364 Beverly Road, Suite 201
McLean, VA 22101
Tel. 703-893-9600
mpfriedlander@friedlanderpc.com
*Attorneys for Defendant The Duvar Family Trust*

94466v2